

DANIEL G. BOGDEN
United States Attorney
District of Nevada
CRANE M. POMERANTZ
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

In the Matter of the Extradition of )
) Mag. Case No. 2:14-mj-732-VCF
JASON BOATWRIGHT )
)
)
)
)
)
)

### AFFIDAVIT OF WAIVER OF EXTRADITION

I, Jason Boatwright, having been fully informed by my attorney, Raquel Lazo, Assistant Federal Public Defender, of my rights under the extradition treaty in force between the United States and Australia, and Title 18, United States Code, § 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Australia.

My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Australia, the applicable sections of Title 18, United States Code, and the complaint filed by the United States Attorney on behalf of the Government of Australia. I understand that, pursuant to Title 18, United States Code, Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

– that currently there is an extradition treaty in force between the United States and Australia;

– that the treaty covers the offenses for which my extradition was requested;

– that I am the person whose extradition is sought by Australia; and

– that probable cause exists to believe that I committed the offenses for which extradition was requested.

I concede that I am the individual against whom charges are pending in Australia and for whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Australia unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States orders my extradition by issuing a warrant of surrender.

I have reviewed the complaint and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Australia.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18, United States Code, and agree to be transported in custody, as soon as possible, to Australia, and to remain in custody pending the arrival of agents from Australia. No representative, official, or officer of the United States or of the Government of Australia, nor any person whomsoever, has made any promise or offered any other form of inducement nor made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily and entirely of my own free will and accord.

Dated this 21st day of November, 2014

_____
Jason Boatwright

_____
Raquel Lazo
Attorney for Boatwright

1  I hereby certify that on this 21st day of November 2014, Jason Boatwright
2  personally appeared before me and made his oath in due form of law that the statements herein
3  are true.

George W. Foley
United States Magistrate Judge