

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| In the Matter of the Extradition of | ) |
| --- | --- |
| JASON BOATWRIGHT | ) Mag. Case No. 2:14-mj-732-VCF |

## ORDER

The Court having received the Complaint filed on November 6, 2014, by Crane M. Pomerantz, Assistant United States Attorney for the District of Nevada, for and on behalf of the Government of Australia, pursuant to the request of the Government of Australia, for the provisional arrest and extradition of Jason Boatwright, and an affidavit executed by Jason Boatwright and witnessed by his attorney, Raquel Lazo.

And, further, the Court having been advised in open session that Jason Boatwright is a fugitive sought by the Government of Australia; that he is aware that the Government of Australia has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Australia and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

4

IT IS THEREFORE ORDERED that Jason Boatwright be committed to the custody of the United States Marshal for the District of Nevada pending arrival of the duly authorized representatives of the Government of Australia, at which time the United States Marshal shall deliver him together with any evidence seized incidental to his/her arrest and sought by the Government of Australia to the custody of such authorized representatives to be transported to Australia to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Jason Boatwright together with any evidence seized shall be at such time and place as mutually agreed upon by the United States Marshal for the District of Nevada and the duly authorized representatives of the Government of Australia.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

DATED this 21st day of November, 2014.

George W. Foley
United States Magistrate Judge